November 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

RAFAEL VELAZQUEZ, Appellant

NO. 14-12-00743-CV                    V.

THE BANK OF NEW YORK MELLON, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 1, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Rafael Velazquez.

We further order this decision certified below for observance.